UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA     )
                                      )
v.                                 )     NO. 3:11-00056
                                      )     JUDGE CAMPBELL
JULIO MOLINA-PORTILLO     )

ORDER

The sentencing hearing in this case is set for September 10, 2012, at 10:30 a.m. The
Defendant shall remain in Federal custody pending further order of the District Judge. The
Defendant shall attend all Court hearings in this case.

All motions for a departure or pursuant to United States v. Booker, 125 S.Ct. 738 (2005)
must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the
parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing
Factors," containing only unresolved objections to the Presentence Report. If the parties have no
objections to the Presentence Report, they shall so indicate in their "Position" filed with the
Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its
filing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE