IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11-00056 |
| | ) | JUDGE CAMPBELL |
| JULIO MOLINA-PORTILLO | ) | |

ORDER

The Court has received a letter from Defendant Julio Molina-Portillo on July 19, 2012. The Clerk is directed to file the letter as part of the record in this case. Counsel for Defendant shall have the letter translated and filed with the Court.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE